UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE KARS and JON KARS,

Plaintiffs,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. et al.,

Defendants.

No. 26 CV 5725 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that Plaintiffs and Defendants VW Credit, Inc. and VW Credit Leasing, Ltd. (together, the "VW Defendants) have reached a settlement in principle of this case. (*See* ECF No. 53.) Accordingly, it is hereby ORDERED that all deadlines in this action as between Plaintiffs and the VW Defendants are stayed, pending the filing of a Stipulation of Dismissal by the parties within forty-five (45) days of this Order.

Dated: November 23, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge